UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STANLEY MARKS,<br><br>                Plaintiff,<br>    v.<br>SAMUEL ACOSTA, *et al.*,<br><br>               Defendants. | Case No. 3:19-cv-00126-MMD-CLB<br><br>ORDER |

**I.    DISCUSSION**

Plaintiff, a pro se prisoner, previously submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF 1-1.) The Court screened the Complaint, giving Plaintiff leave to amend the complaint within 30 days, and sent a copy of the screening order to the address Plaintiff had on file with the Court. (ECF No. 8 at 6). The Court subsequently received notification that Plaintiff was no longer at the address on file with the Court. (ECF No. 10). Plaintiff now has filed a notice of change of address. (ECF No. 11). Plaintiff has not filed an amended complaint.

It is not clear whether Plaintiff ever received the screening order, so the Court cannot know whether Plaintiff failed to file an amended complaint because he was unaware of the screening order or because he believed that an amended complaint was futile. Because Plaintiff has belatedly filed a change of address before dismissal of the case, in this one instance, the Court will provide Plaintiff with an extension of time to file

1

an amended complaint. For future reference, the Court reminds Plaintiff that, when his address changes, he is required to *immediately* inform the Court of his new address. Failure to do so may result in dismissal of his action.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff has 30 days from the date of this order to file an amended complaint curing the deficiencies of his complaint.

If Plaintiff does not file a timely amended complaint curing the stated deficiencies of the complaint as outlined in the Court's screening order, this action shall be dismissed with prejudice for failure to state a claim.

It is further ordered that the Clerk of the Court shall send to Plaintiff the approved form for filing a § 1983 complaint, instructions for the same, a copy of the original complaint (ECF No. 1-1), and a copy of the screening order (ECF No. 8). If Plaintiff chooses to file an amended complaint, he should use the approved form and he must write the words "First Amended" above the words "Civil Rights Complaint" in the caption.

DATED: January 22, 2020.

_____
UNITED STATES MAGISTRATE JUDGE